

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

**MONICA A. STUMP**
CLERK OF COURT

TEL: 618.482.9371
FAX: 618.482.9383

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

September 13, 2022

## NOTIFICATION THAT YOUR COMPLAINT/PETITION HAS BEEN FILED (WITHOUT FEE)

To:         Scott Jenkins
Re:         Jenkins v. McHaney et al
Case No.    3:22-cv-2128-SPM

This office has received your complaint/petition in this case. Your case has been opened without payment of the filing fee or the filing of a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs.  If payment (either $402.00 for a civil case or $5.00 for a habeas corpus petition) or a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs is not received in our office within 30 days from the date of this letter, the case will be submitted to the presiding judge for an order to be entered dismissing the case.

If you file a Motion and Affidavit to Proceed in District Court Without Prepaying Fees or Costs, the Court must review your trust fund account statement for the 6 month period immediately preceding the filing of this action.  Thus, you must have the Trust Fund Officer at your facility complete the attached certification and provide a copy of your trust fund account statement (or institutional equivalent) for the period Click here to enter text..  Please mail this information to the Clerk of Court at the address listed above.

You are ADVISED that you have a continuing obligation to keep the Clerk and each opposing party informed of any change in your address.  The Court will not independently investigate your whereabouts.  This shall be done in writing and not later than 7 days after a transfer or other change in address occurs.  Failure to do so may result in a dismissal of this action for want of prosecution.  Finally, please forward all future motions and other pleadings to the Clerk's Office at the address listed above, and always

<u>reference the assigned case number</u>.  Any communication directed to the court should be in the form of a motion or other pleading and not a letter. Letters to the court will be returned to you.

Very truly yours,


s/ *Angela D. Helfrich*
Deputy Clerk

Enclosure:  Motion to Proceed IFP