IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS, ET AL., | |
| Plaintiffs, | |
| v. | Case No. 22-cv-2128-SPM |
| MICHAEL MCHANEY, ET AL, | |
| Defendants. | |

# ORDER

**MCGLYNN, District Judge:**

Pursuant to 28 U.S.C. § 455, the undersigned judge hereby **RECUSES** himself from further proceedings in the above-captioned matter. The Clerk of Court has reassigned this matter to United States Judge David W. Dugan. All future documents filed in this matter shall bear case number 22-cv-2128-DWD.

**IT IS SO ORDERED.**

**DATED:   September 14, 2022**

　　　　　　　　　　　　　　　　　　　/s Stephen P. McGlynn
　　　　　　　　　　　　　　　　　　**STEPHEN P. MCGLYNN**
　　　　　　　　　　　　　　　　　　**United States District Judge**