# UNITED STATES DISTRICT COURT
### For the Southern District of Illinois

Scott Jenkins
_____
Plaintiff(s)

Michael Mchaney, etc
_____
Defendant(s)

Case Number: 22-2128-DWD

## MOTION AND AFFIDAVIT TO PROCEED
## IN DISTRICT COURT
## WITHOUT PREPAYING FEES OR COSTS

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this motion, I answer the following questions under penalty of perjury:

1. If incarcerated:
   A. I am being held at: _____.
   I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months. NOTE: *You must have an authorized institutional officer complete the last page of this form.*

   B. I declare one of the following:
   ___ I have NOT had 3 or more civil actions dismissed as being frivolous, malicious, or for failure to state a claim and/or received 3 or more "strikes" under 28 U.S.C. § 1915(g).

   ___ I am proceeding under 28 U.S.C. § 1915(g), based on my claim that I am in imminent danger of serious physical injury.

2. If not incarcerated:
   A. Are you       o Yes       ✗ No   employed?

   B. If employed, my employer's name and address are:


   C. My gross pay or wages are: $_____, and my take-home pay or wages are:
      $ _____ per (specify pay period) _____.

1

3. Other Income. In the past 12 months, I have received income from the following sources (check all that apply):

| | | |
|---|---|---|
| (a) Business, profession, or other | o Yes | o No |
| (b) Rent payments, interest, or dividends | o Yes | o No |
| (c) Pension, annuity, or life insurance payments | o Yes | o No |
| (d) Disability or worker's compensation | o Yes | o No |
| (e) Gifts or inheritances | o Yes | o No |
| (f) Any other sources | ☒ Yes | o No |

If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.

Social Security $999 per month

2

4. Amount of money that I have in cash or in a checking or savings account: $1,000.

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name (describe the property and its approximate value):

99 Buick LeSabre

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses (describe and provide the amount of the monthly expense):

No

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

None

8. Any debts or financial obligations (describe the amounts owed and to whom they are payable):

None

DECLARATION: I declare under penalty of perjury that the above information is true. I understand that a false statement may result in a dismissal of my claims.

Date: 9-16-22

Movant's signature

Scott Jenkins
Printed name

AO 240 (Rev. 06/09) Motion to Proceed in District Court Without Prepaying Fees or Costs (Short Form) MODIFIED SDIL (7/2018)

3

## Defendants Service Addresses.

MICHAEL MCHANEY, Clay County Courthouse, 111 Chestnut St, Louisville, IL 62858

KIMBERLY KOESTER, North County Club Road, Effingham, IL  62401

JOHN J. FLOOD, 5th District Appellate Court, Main St & N 14th St., Mt. Vernon, IL 62864
STATE OF ILLINOIS, Attorney General, 500 South Second Street, Springfield, IL 62701

DOUGLAS DUGAN, 221 S. 7th St., Vandalia, IL  62471
KATHY EMERICK FAYETTE COUNTY CIRCUIT CLERK, 221 S. 7th St., Vandalia, IL  62471   .
FAYETTE COUNTY COURT / FAYETTE COUNTY, 221 S. 7th St., Vandalia, IL  62471

SHERRI GAD,  PO Box 741, Panama, IL,  62077

DAVE CATES and CATES LAW FIRM, 216 W Pointe Dr A, Swansea, IL 62226

JOSEPH BLEYERS and BLEYERS LAW FIRM, 601 W Jackson St, Marion, IL 62959

FIRST VANDALIA CORP., 210 S. 5th St, Vandalia, IL 62471
WILLIAM ERNEST CHAPPEL ESTATE, 210 S. 5th St, Vandalia, IL 62471
JACK JOHNSTON and JOHNSTON LAW FIRM, 210 S. 5th St, Vandalia, IL 62471

THE CITY OF VANDALIA, 431 W. Gallatin Street, Vandalia, IL 62471

Jenkins
1910 Horlow
Vandalia, IL 62471

Southern IL Fed Court
Pro forma ❧ Service Addresses
ATT. Southern IL Fed Clerk
750 Missouri Ave
E. St. Louis,
IL 62201

case # 3:22-cv-02128- Dugan

RECEIVED
SEP 22 2022
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE