# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS.

| | |
|---|---|
| SCOTT JENKINS and JENKINS DISPLAYS, CO. <br> plaintiffs, <br><br> Vs. <br><br> MICHAEL MCHANEY, <br> KIMBERLY KOESTER, <br> DOUGLAS JARMAN, <br> JOHN J. FLOOD, <br> STATE OF ILLINOIS, <br> KATHY EMERICK FAYETTE COUNTY CIRCUIT CLERK, <br> SHERRI GADD, <br> FAYETTE COUNTY COURT / FAYETTE COUNTY, <br> DAVE CATES and CATES LAW FIRM, <br> JOSEPH BLEYERS and BLEYERS LAW FIRM <br> FIRST VANDALIA CORP., d/b/a <br> FIRST NATIONAL BANK OF VANDALIA, <br> WILLIAM ERNEST CHAPPEL ESTATE, <br> THE CITY OF VANDALIA, <br> JACK JOHNSTON and JOHNSTON LAW FIRM, <br> defendants. | No. 3:22-CV-2128-DWD |

## MOTION FOR LEAVE TO AMMENDED COMPLAINT.

COMES NOW Plaintiff Scott Jenkins pro se and state the following:

In reviewing my Complaint I noticed two errors in the naming or spelling of the last name for Defendant Jarman. The first error was on the Title page, page 1, within the Defendant section. The second error was on Page 2, section 2.s on Page 2, section two.

Please accept the attached amended Complaint with the two errors highlighted in gray.

Respectfully submitted,

*[signature]*

Scott Jenkins Pro se
1910 Hollow Dr. Vandalia, Il 62471
scottljenkins69@gmail.com.

Scott Jenkins
1910 Hollow Dr.
Vandalia, IL 62471



MAIL CLEARED
US MARSHALS

Southern Illinois Federal courthouse Clerk
750 old Missouri Ave
East Saint Louis
IL     62201




**RECEIVED**

JAN 1 9 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE