*please file*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS.

| | |
|---|---|
| SCOTT JENKINS  plaintiff, | ( ( ( |
| Vs. | ( ( |
| MICHAEL MCHANEY, KIMBERLY KOESTER, DOUGLAS JARMAN, JOHN J. FLOOD, STATE OF ILLINOIS, KATHY EMERICK FAYETTE COUNTY CIRCUIT CLERK, SHERRI GADD, FAYETTE COUNTY COURT / FAYETTE COUNTY, DAVE CATES and CATES LAW FIRM, JOSEPH BLEYERS and BLEYERS LAW FIRM FIRST VANDALIA CORP., d/b/a FIRST NATIONAL BANK OF VANDALIA, WILLIAM ERNEST CHAPPEL ESTATE, THE CITY OF VANDALIA, JACK JOHNSTON and JOHNSTON LAW FIRM, defendants. | ( ( ( ( ( ( ( ( ( ( ( ( ( ( ( ( ( |

No. 3:22-CV-2128-DWD

## 2nd MOTION FOR LEAVE TO AMMENDED COMPLAINT.

COMES NOW Plaintiff Scott Jenkins pro se and state the following:
   As per Order of the Court I hereby remove Jenkins Displays Company regarding any of my filing going forward. All Counts stay the same since they all have harmed me personally.

   Please accept the attached amended Complaint with the Plaintiff Title highlighted in gray.

Respectfully submitted,

*/s/ Scott Jenkins*

Scott Jenkins Pro se
1910 Hollow Dr. Vandalia, Il  62471
scottljenkins69@gmail.com.

Jenkins
1910 Hollow
Vandalia, IL 62471

U.S. POSTAGE P
FCM LG ENV
SAINT CHARLES
63303
JAN 31, 23
AMOUNT
$3.18
R2308M154300-1

RDC 99    62201

Southern IL Federal Court
Att. Federal Clerk

750 Old Missouri Ave

E. St. Louis,
IL     62201

MAIL CLEARED
US MARSHALS

RECEIVED
FEB 02 2023
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE