IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SCOTT JENKINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 3:22-cv-2128-DWD |
| | ) |
| MICHAEL MCHANEY, ET AL, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL ACTION

**DUGAN, District Judge:**

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered on May 9, 2023 (Doc. 19), this matter is **DISMISSED** without prejudice and the case is closed.

**IT IS SO ORDERED.**

DATED: May 10, 2023

MONICA A. STUMP, Clerk of Court

*s/ Dana M. Winkeler*
**Deputy Clerk**

Approved: *s/ David W. Dugan*
**David W. Dugan, U.S. District Judge**