# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS.

SCOTT JENKINS,                              (
plaintiff,                               (

(

Vs.                                   (

(

MICHAEL MCHANEY,                 (
KIMBERLY KOESTER,               (
DOUGLAS JARMAN,                (
JOHN J. FLOOD,                    (
STATE OF ILLINOIS,                (
KATHY EMERICK FAYETTE COUNTY CIRCUIT CLERK,  (        No. 3:22-CV-2128-DWD
SHERRI GADD,                      (
FAYETTE COUNTY COURT / FAYETTE COUNTY,   (
DAVE CATES and CATES LAW FIRM,      (
JOSEPH BLEYERS and BLEYERS LAW FIRM    (
FIRST VANDALIA CORP., d/b/a          (
FIRST NATIONAL BANK OF VANDALIA,     (
WILLIAM ERNEST CHAPPEL ESTATE,      (
THE CITY OF VANDALIA,             (
JACK JOHNSTON and JOHNSTON LAW FIRM,   (
defendants.                       (

## <u>Confidential,</u>
## <u>Motion not to Close or Reopen Case,</u>
## <u>Motion to Reconsider fee waiver,</u>
## <u>In the Alternative, Motion for time to raise funds to pay fees.</u>

Comes now Scott Jenkins pro se and states the following:

The purpose to request this filing to be confidential is because it has to do with my Financial Condition, which the Courts afford litigants privacy. Since most Cases are settled, and a litigant's financial situation plays a part in settlement strategy, I believe this is why requests for fee waivers are not part of public record.

The purpose to reopen the Case is not only to avoid having to pay fees, but I will be filing within a few days a Motion to Reconsider regarding this Court's Jurisdiction Ruling, but unlike this Motion is based upon new information which didn't exist or this Court could not have been aware of when issuing

1

it's jurisdiction based Order.   This newly obtained information should be considered since I believe it will have a direct effect for why this Court should obtain Jurisdiction, at least in part, regarding the Subject matter of this Case.  I am compiling this newly obtained information into paper form for filing purposes and will be submitting it tomorrow within a non confidential filing as exhibits included with such subsequent Motion.

In regards to this Motion to Reconsider, if information existed the Court was unaware of at the time of it rendering it's Order, in this Case to deny me the ability to proceed absent fees, such a Motton is proper and below should suffice to demonstrate this Court was not aware when rendering its decision regarding fees..

This Court was no doubt unaware that it had already ruled my financial situation is sufficient to allow me to proceed absent fees.  This is no doubt in part to the fact that information was confidential as is all rulings regarding a litigant's financial ability to pay fees.

In Jenkins v. Bruce Burkey, Case 3:16-cv-00792-JPG-SCW. In this Court, I did not have to pay any fees and my financial situation only changed to allow me the ability to pay fees due to receiving Covid Stimulus payments which are no longer available.

Further, the US Court of Appeals 7th Circuit upheld this Court's ruling and allowed me to proceed within its Court absent fees in the 7th US 7th Circuit Court of Appeals Case No. 18-2222, SCOTT JENKINS v. BRUCE BURKEY.

Unless the qualifications have changed regarding fee waivers, this Court would be overturning both its own and the 7th Circuit's Court decisions to rule I should pay fees unless my financial situation had improved, which I affirm it has not..

In the alternative, if this Court, after reconsideration of the above, still rules I should have to pay the fees, I request additional time, approx 30 days in which to raise the funds through family or selling personal assets.

2

Although this Court didn't state a time frame exists in order to request a reconsideration, this Motion is within the 28 day time frame and I suffer approx. a 1 week delay due to mail service since I am not electronically notified.

Respectfully Submitted,

Scott Jenkins Pro se
1910 Hollow Dr., Vandalia, Il 62471
618-335-3874  scottljenkins69@gmail.com.

Jenkins
1910, Hollow
Vandelia, Il 62472

CHAMPAIGN IL 618

8 JUN 2023 PM 5 L

FOREVER / USA

Att. Filng DepT
US Southern IL DistrcT
750 Missouri Ave
E. St. Louis,
IL      62201

MAIL CLERK US MARSHAL

62201-295402

RECEIVED

JUN 1 2 2023

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS.
EAST ST. LOUIS OFFICE